UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kenn Goldblatt et al.

v.                                          Civil No. 10-cv-537-PB

Nancy J. Geiger et al.

O R D E R

Before the Court is plaintiffs' Emergency Motion for Stay of State Proceeding (doc. no. 19). In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya B. McCafferty is designated to review and consider the request for injunctive relief, and, if necessary, conduct a hearing on the matter. In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

SO ORDERED.

/s/ Paul J. Barbadoro
Paul J. Barbadoro
United States District Judge

Date:    March 7, 2011

cc:      Kenn Goldblatt, pro se
         Sima Mazzu, pro se
         Nancy J. Smith, Esq.