```
          UNITED STATES DISTRICT COURT
            DISTRICT OF NEW HAMPSHIRE
```

<u>Goldblatt, et al</u>

    v.                    Case No. 10-cv-537-PB

<u>Geiger, et al</u>

                          <u>ORDER</u>

    Re: Document No. 9, Motion to Seal Document to seal request for accommodations

    Ruling:

    Denied.  The plaintiff has failed to comply with local rules regarding the sealing of court filings and, in any event, has not demonstrated sufficient cause to justify the requested relief. Within 14 days, plaintiff shall show cause as to why Kenn Goldblatt should not be barred from representing plaintiff in this action because he has not been admitted to practice in this court.

                                      <u>/s/ Paul Barbadoro</u>
                                      Paul Barbadoro
                                      U.S. District Judge

Date:  March 14, 2011

cc:  Kenn Goldblatt
     Sima Mazzu
     Nancy Smith, Esq.