UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Sima Mazzu, et al

        v.        Case No. 10-cv-537-PB

Nancy Geiger, et al

### O R D E R

The pleadings plaintiffs seek to seal do not contain confidential medical information. Thus there is no basis for their request to seal. Both a federal statute, 28 U.S.C. 1654, and our local rule, L.Rule 83.6, bar plaintiff Goldblatt from representing plaintiff Mazzu. Plaintiffs have failed to cite to any judicial decision which holds that the federal statute or local rules similar to our local rules should be waived in cases like the present case. Moreover, the policies that underlie the local rule are particularly potent in a case such as the present one where a pro se litigant claims to suffer from a mental disability and seeks to have a non lawyer litigate claims on her behalf. Motion denied. The clerk shall not accept any additional pleadings that purport to have been filed by Goldblatt on behalf of Mazzu.

    SO ORDERED.

March 28, 2011        /s/ Paul Barbadoro
        Paul Barbadoro
        United States District Judge

cc:    Sima Mazzu, Pro se
        Kenn Goldblatt, Pro Se
        Nancy Smith, Esq.