UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Sima Mazzu, et al</u>

        v.                       Case No. 10-cv-537-PB

<u>Nancy Geiger. et al</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated March 8, 2011.

SO ORDERED.

April 6, 2011                              /s/ Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

cc:    Sima Mazzu, Pro Se
        Kenn Goldblatt, Pro Se
         Nancy Smith, Esq.