**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Kenn Goldblatt et al.

    v.                                              Civil No. 10-cv-537-PB

Nancy J. Geiger et al.

**O R D E R**

Before the Court is defendants' motion (doc. no. 26), seeking partial reconsideration of the Report and Recommendation (doc. no. 21), issued on March 8, 2011.  Defendants seek reconsideration to the extent that acceptance of the March 8 Report and Recommendation would allow certain claims asserted by plaintiffs to proceed.  After defendants filed their motion, the district judge accepted the March 8 Report and Recommendation. See Order (doc. no. 31).  Therefore, the motion for partial reconsideration (doc. no. 26) is denied as moot, without prejudice to defendants' ability to move for a stay or dismissal of claims remaining in this action.

    SO ORDERED.

                                    _____
                                    Landya B. McCafferty
                                    United States Magistrate Judge

Date:  April 25, 2011

cc:  Kenn Goldblatt, pro se
     Sima Mazzu, pro se
     Nancy J. Smith, Esq.

LBM:nmd